No. 80–757.   NEW YORK MERCANTILE EXCHANGE ET AL. *v.* LEIST ET AL.;

No. 80–895.   CLAYTON BROKERAGE CO. OF ST. LOUIS, INC. *v.* LEIST ET AL.; and

No. 80–936.   HEINOLD COMMODITIES, INC., ET AL. *v.* LEIST ET AL.   C. A. 2d Cir.   [Certiorari granted, 450 U. S. 910.] Motion of Sunnyside Eggs, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 80–1070.   RIDGWAY ET AL. *v.* RIDGWAY ET AL.   Sup. Jud. Ct. Me.   [Certiorari granted, 450 U. S. 979.]   Motion of the Solicitor General as *amicus curiae* for divided argument and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose.   Respondents also allotted an additional 10 minutes for oral argument. Motion of petitioners for divided argument and for additional time for oral argument denied.

No. 80–1350.   COMMUNITY COMMUNICATIONS CO., INC. *v.* CITY OF BOULDER, COLORADO, ET AL.   C. A. 10th Cir.   [Certiorari granted, 450 U. S. 1039.]   Motion of Alaska et al. for divided argument in support of petitioner as *amici curiae* granted, and 10 minutes of petitioner's one-half hour allotted for that purpose.   Motion of petitioner for additional time for oral argument denied.

No. 80–1727.   IN RE BLOCH; and

No. 80–6328.   IN RE HEGWOOD.   Petitions for writs of mandamus denied.

No. 80–1749.   FEDERAL ENERGY REGULATORY COMMISSION ET AL. *v.* MISSISSIPPI ET AL.   Appeal from D. C. S. D. Miss. Motion of Louisiana Public Service Commission for leave to file a brief as *amicus curiae* granted.   Probable jurisdiction noted.